1  SALVATORE SCIANDRA, 58256
   Attorney at Law
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: (559) 233-1000

4  Attorney for Defendant, FRANK WRIGHT, III

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00254-LJO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| FRANK WRIGHT, III | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for April 9, 2012, be continued to April 30, 2012 at 8:30 a.m.

This continuance is necessary due to continued settlement negotiations between Defendant, Mr. Wright, and the government.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: April 5, 2012         /s/ Elana Landau
                             ELANA LANDAU
                             Assistant United States Attorney
                             **This was agreed to by Ms. Landau via email on April 5, 2012**

///

///

1

1  DATED: April 5, 2012                /s/ Salvatore Sciandra
                                       SALVATORE SCIANDRA
2                                      Attorney for Defendant
                                       FRANK WRIGHT, III
3

                                  ORDER

While the request and stipulation to continue is granted for good cause, the next hearing on April 30, 2012 will either be a change of plea or a Trial Scheduling Conference.  Time is excluded for the facts stated.

IT IS SO ORDERED.

**Dated:   April 5, 2012**              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE