```
1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, CA  93721
3  Telephone:  559.233.1000
   Facsimile: 559.233.6044
4

5  Attorney for Defendant, FRANK WRIGHT, III
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:11–CR-0254-LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | Date: Monday, April 30, 2012 |
| FRANK WRIGHT, III, | ) | Time: 8:30 a.m. |
| | ) | Courtroom: Honorable Lawrence J. O'Neill |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendant by and through his attorney of record, that the time set for the Status Conference on Monday, April 30, 2012 at 8:30 a.m. be moved to Monday, May 14, 2012 at 8:30 a.m.  The reason for this continuance is that counsel for Mr. WRIGHT is out of the country on a Federal Capital case and is not returning to the United States until April 30, 2012.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: April 16, 2012              /s/  Salvatore Sciandra
                                    SALVATORE SCIANDRA
                                    Attorney for Defendant,
                                    FRANK WRIGHT, III

/ / /
/ / /
/ / /

| | |
|---|---|
| 1 | / / / |
| 2 | / / / |
| 3 | / / / |
| 4 | |

DATED: April 16, 2012        /s/   Elana Landau
                             ELANA LANDAU
                             Assistant United States Attorney

This was agreed to via telephone on 4-16-12

**ORDER**

GOOD CAUSE EXISTS AS STATED.  GRANTED.

IT IS SO ORDERED.

**Dated:     April 18, 2012**                   /s/ Lawrence J. O'Neill
                             UNITED STATES DISTRICT JUDGE