SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, FRANK WRIGHT, III

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK WRIGHT, III,<br><br>    Defendant. | CASE NUMBER: 1:11–CR-0254-LJO<br><br>**AMENDED** REQUEST FOR RELIEF FROM LOCAL RULE 32-460(G) SANCTIONS; STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING<br><br>Date:    Monday, August 27, 2012<br>Time:    8:30 a.m.<br>Courtroom: Honorable Lawrence J. O'Neill |

**1.    REQUEST FOR RELIEF FROM LOCAL RULE 32-460(G) SANCTIONS**

Defendant WRIGHT hereby requests this Court to relieve him of the sanctions of Local Rule 32-46 (G) because he did not file his informal objections as required by Local Rule 460(D). Defendant WRIGHT's informal objections to the Report of the Probation Officer, (PSR) was due on August 6, 2012, and formal objections, are due on August 20, 2012. Counsel inadvertently confused the due date of the informal objections with the due date of the formal objections. For that reason, counsel in good faith believed that Mr. WRIGHT's informal objections were due on August 20, 2012. Because of this confusion on the part of counsel, counsel failed to submit his informal objections to the probation department as required by Local Rule 32-460(D). Therefore, Mr. WRIGHT is now precluded from filing formal objections pursuant to Local Rule 32-460(G). Unless the Court grants Mr. WRIGHT relief from his procedural default, he will be unable to contest to significant legal and factual issues in the PSR.

Local Rule 32-460(G) provides for relief from failure to submit informal objections when "good cause" is shown. Local Rule 32-460(G) does not provide a definition of "good cause" however, counsel urges the Court to look to how other courts have interpreted the term "good cause" in Federal Rule of Civil Procedure 6(b) which provides that courts "for good cause" may extend the time limits imposed by the rules of civil procedure. Interpreting this language, courts have said that the good cause standard and an extension "normally will be granted in the absence of faith on the part of the party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright and Arthur R. Miller, Federal Practice and Procedure section 1154 (3d ed. 1998).

In this case, good cause to relieve counsel of his failure to file informal objections should be found because in addition to excusable neglect, there is a lack of bad faith on the part of counsel, there is no prejudice to the government, and the fact that the government has no objection, and the defendant would be substantially prejudiced if he is not allowed to contest factual allegations in the PSR solely because of a procedural deficiency on the part of counsel. (See Declaration of Salvatore Sciandra.) For these reasons, it is respectfully requested that the Court find good cause for relief from counsel's default and direct that objections to the PSR be filed as set forth in the stipulation below.

2. STIPULATION RESETTING PSR DATE AND DATE FOR SUBMISSION OF INFORMAL AND FORMAL OBJECTIONS

**IT IS HEREBY STIPULATED** by and between plaintiffs, the United States of America, and the defendant by and through his counsel of record, that the time set for the Sentencing Hearing on Monday, August 27, 2012 at 8:30 a.m. be moved to Monday, October 1, 2012 at 8:30 a.m. Defense informal objections that were due on August 6, 2012 be continued to September 10, 2012 and formal objections that were due on August 20, 2012 be continued to September 24, 2012.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. sections 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: August 20, 2012 /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
FRANK WRIGHT, III

DATED: August 20, 2012 /s/ Elana S. Landau
ELANA S. LANDAU
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated: August 20, 2012** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE